1 BENJAMIN B. WAGNER
United States Attorney
2 NIRAV K. DESAI
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2716
Facsimile: (916) 554-2900
5

6 Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:01-MJ-00016 JFM |
| Plaintiff, | **ORDER DISMISSING COMPLAINT** |
| v. | |
| RICARDO RAMIREZ-YANEZ,. | |
| Defendant. | |

For the reasons set forth in the motion to dismiss filed by the United States, the charges against defendant **RICARDO RAMIREZ-YANEZ** in the pending Complaint, are hereby DISMISSED and any outstanding arrest warrant is recalled.

Dated: July 25, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1